**PHILLIPS NIZER LLP**

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York • New Jersey

Laura E. Longobardi
(212) 841-0780
(office)
(516) 455-4739
(cell phone for use during pandemic)
LLongobardi@phillipsnizer.com

October 25, 2021

**BY ECF**
The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
Courtroom 6G North
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Marslyn Small v. Marc Granowitter*, Docket No. 1:21-cv-04446 (ERK) (LB)

Dear Judge Komitee:

      This Firm recently has been retained to represent the defendant Marc Granowitter in the above-referenced action (the "Action"). Plaintiff's counsel had sent a request for waiver of service to Mr. Granowitter, but had not yet served him with the summons and complaint. We have consented, on behalf of Mr. Granowitter, to waive service of process and to accept such service in this Action. Counsel for the parties have stipulated that pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the date by which Mr. Granowitter must respond to the summons and complaint in this Action is **December 22, 2021**.

      In accordance with Your Honor's Individual Practice and Rules in Civil Cases, I write to request that the Court "So Order" the attached stipulation. There have been no prior requests for an extension of time, nor are there any other scheduled dates in this Action, as Mr. Granowitter had not yet been served with process.

      Accordingly, we respectfully request that the Court "So Order" the attached stipulation. We thank the Court for its consideration.

      Respectfully submitted,
      PHILLIPS NIZER LLP
      /s/ *Laura E. Longobardi*
      Laura E. Longobardi

LEL:

cc:    Margaret McIntyre, Esq. (by ECF)
        Linden Miller, Esq. (by ECF)
        Regina E. Faul, Esq.