UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSLYN SMALL,<br><br>                    Plaintiff,<br><br>– against –<br><br>MARC GRANOWITTER,<br><br>                    Defendant. | 1:21-cv-4446 (ERK) (LB)<br><br>**STIPULATION REGARDING SERVICE OF PROCESS AND TIME TO RESPOND TO SUMMONS AND COMPLAINT** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for Defendant Marc Granowitter to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including **December 22, 2021**.

      IT IS FURTHER STIPULATED AND AGREED that Defendant accepts service of the Summons and Complaint, and waives any and all defenses regarding service of process without further process or request for waiver necessary on Plaintiff's part.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

DATED: New York, New York
             October 25, 2021

| | |
|---|---|
| **MARGARET McINTYRE**<br>*Attorney for Plaintiff*<br><br>By: *[signature]*<br>     Margaret McIntyre, Esq.<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201<br>(212) 227-9987<br>mem596@icloud.com | **PHILLIPS NIZER LLP**<br>*Attorneys for Defendants*<br><br>By: */s/ Laura E. Longobardi*<br>     Regina E. Faul, Esq.<br>     Laura E. Longobardi, Esq.<br>485 Lexington Avenue, 14th Floor<br>New York, New York 10017<br>(212) 977-9700<br>RFaul@phillipsnizer.com<br>LLongobardi@phillipsnizer.com |

SO ORDERED:

_____
U.S.D.J.