**Margaret McIntyre**
Attorney at Law
195 Montague Street, 14th Floor
Brooklyn, New York 11201
Tel. (212) 227-9987
Fax (917) 809-6704
mem596@icloud.com
www.margaretmcintyrelaw.com

August 1, 2022

BY ECF

Hon. Lois Bloom, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Small v. Granowitter
                   21 Civ. 4446 (EK)(LB)

Dear Judge Bloom:

     Along with TakeRoot Justice, I represent Marslyn Small, Plaintiff in the above-referenced matter. I write on behalf of Plaintiff to report on the status of the case. Plaintiff has not received the documentation she has been trying to obtain to finalize the settlement.

     Plaintiff hereby requests an additional thirty (30) days and to submit a status report to the Court, or by August 31, 2022, if the Parties are not able to submit the settlement agreement for Court approval by that date. I was not able to reach counsel for Defendant today to confirm they wanted to file this request jointly.

                                                         Respectfully submitted,

                                                         /s/

                                                       Margaret McIntyre

                                                       S. Tito Sinha, Esq.
                                                       TakeRoot Justice
                                                       123 William Street, Floor 16
                                                       New York, NY 10038
                                                       (646) 923-8315

                                                       *Attorneys for Plaintiff*

3393851.2

2

cc:   Regina E. Faul, Esq.
      Laura E. Longobardi, Esq.
      Phillips Nizer LLP
      Attorneys for Defendant

3393851.2